JSP\2010R00553

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cathy L. Waldor |
| | | Mag. No. 10-mj-07083 |
| v. | : | |
| | | <u>ORDER FOR DISMISSAL</u> |
| ROBERT MARTIN | : | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses the Complaint, Mag. No. 10-mj-07083, against defendant Robert Martin, which Complaint was filed on May 21, 2011, charging the defendant with two counts of bank robbery, in violation of 18 U.S.C. § 2113(a), because Robert Martin is deceased.

This dismissal is with prejudice.

_____
PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. CATHY L. WALDOR
United States Magistrate Judge

Dated: October        , 2011